**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7096**

CHARLES W. PENLAND, SR.,

                    Plaintiff – Appellant,

          v.

BUREAU OF PRISONS; SUNASINI N. SHAH, Dr., M.D.; PATRICIA R.
STANSBERRY, Warden; ONG, Medical Director, M.D.,

                    Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Liam O'Grady, District
Judge.   (1:08-cv-01263-LO-TCB)

Submitted:  October 20, 2009          Decided:  October 26, 2009

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and
HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Charles W. Penland, Sr., Appellant Pro Se.   Dan Edward Stigall,
OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles W. Penland, Sr., appeals the district court's order denying his requests for preliminary injunctions. On appeal, we confine our review to the issues raised in the Appellant's Brief, <u>see</u> 4th Cir. R. 34(b), and Penland's brief alleges no error committed by the district court. We therefore find Penland has forfeited appellate review of that order. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>